**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Candido HERNANDEZ–VILLASENOR, aka Candido Hernandez Villasenor aka Candido Hernandez Escobar aka Alejandro Ortez Diaz aka Candido Hernandez, Defendant–Appellant.**

No. 03–10228.
D.C. No. CR–02–05410–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 20, 2003.

William L. Sims, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Robert W. Rainwater, AFPD, FPDCA–Federal Public Defender's Office (Fresno), Fresno, CA, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM**

Hernandez–Villasenor appeals his guilty-plea conviction and 70–month sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hernandez–Villasenor has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

